BENJAMIN B. WAGNER
United States Attorney
ANA MARIA MARTEL
Assistant United States Attorneys
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA
(FRESNO DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MANUEL VILLEGAS-YBARRA, and<br>SOLEDAD D. YBARRA,<br><br>  Defendant and Judgment Debtors. | Misc. Case No. 1:10-MC-0031 AWI |
| HARTFORD LIFE INSURANCE COMPANY,<br><br>  Garnishee. | ORDER OF GARNISHMENT<br>(ACCOUNTS) |

The Garnishee herein, Hartford Life Insurance Company, is hereby ordered to pay to the Clerk of this Court, in United States currency, certified funds, or cashier's check, the sum of $3,443.50.  If paid other than in United States currency, the check or certified funds instrument must be made payable to the Clerk of the United States District Court.  The Garnishee shall cause said sum to be delivered to the Clerk of the United States District Court, whose address is United States District Courthouse, 2500

1 | Tulare Street, Room 1501 , Fresno, California 93721, and reference the debtors' names and case
2 | number 1:10-mc-0031 AWI on the face of the check.
3 |     From the sum paid by the Garnishee, the Clerk of the Court shall apply the sum of $3,443.50
4 | towards payment of the penalty and restitution imposed on Manuel Villegas-Ybarra in case number
5 | 1:05CR00137-AWI.

IT IS SO ORDERED.

Dated:   September 8, 2010

                         CHIEF UNITED STATES DISTRICT JUDGE