IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MANUEL VILLEGAS-YBARRA and SOLEDAD D. YBARRA,<br><br>  Defendant and Judgment Debtors.<br><br>HARTFORD LIFE INSURANCE COMPANY,<br><br>  Garnishee. | Case No.: 1:10MC00031-AWI<br><br>[~~proposed~~] **ORDER FOR TERMINATION OF WRIT OF GARNISHMENT**<br><br>Criminal Case No: 1:05CR00137-AWI |

The Court, having reviewed the court files and the United States' Application for Order of Termination of the Writ of Garnishment (the "Application"), and finding good cause therefrom, hereby grants the Application. The Writ of Garnishment is hereby Terminated pursuant to 28 U.S.C. §3205(c)(10)(C) and this case is hereby closed.

IT IS SO ORDERED.

Dated:  May 16, 2016                    _____
                                         SENIOR DISTRICT JUDGE

Order for Termination of Writ of Garnishment                1